UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW SCHMITT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC.,<br><br>Defendants. | Civil Action No. 20-16240 (ZNQ) (RLS)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on a motion to dismiss filed by Brett F. Clements, Esq. and Jill L. Berry, Esq., counsel for Defendants Newell Brands Inc. ("Newell") and Graco Children's Products Inc. ("Graco") (collectively, "Defendants"); it appearing that Andrew J. Dressel, Esq., counsel for Plaintiff Matthew Schmitt ("Plaintiff"), opposed Defendants' motion; the Court having considered the parties' submissions without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 28th day of March 2023,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**, and Plaintiff's First Amended Complaint ("FAC") is dismissed without prejudice based on a lack of standing; and it is further

**ORDERED** that Plaintiff is given leave to amend his FAC within 30 days from the date of this Order consistent with the guidance provided in the accompanying Opinion.

<u>s/ Zahid N. Quraishi</u><br>
Zahid N. Quraishi<br>
United States District Judge