UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW SCHMITT, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. and GRACO CHILDREN'S PRODUCTS INC.,<br><br>    Defendants. | Civil Action No. 20-16240 (ZNQ) (RLS)<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that Plaintiff Matthew Schmitt appeals to the United States Court of Appeals for the Third Circuit from the Order and Opinion of the United States District Court, District of New Jersey, entered in this action on March 28, 2023 (ECF Nos. 32 & 33).

Dated:    April 19, 2023                             **DRESSEL/MALIKSCHMITT LLP**

                                    By:    */s/ Christopher M. Malikschmitt*
                                           Christopher M. Malikschmitt, Esq.
                                           11 E. Cliff Street
                                           Somerville, New Jersey 08876
                                           Main: 848-202-9323
                                           Fax: 848-204-1580
                                           chris@dresselmalikschmitt.com

                                           *Attorneys for Plaintiff Matthew Schmitt*